DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMMANUEL OKWOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2024-2974, 4D2025-0482, and 4D2025-0660

[February 26, 2026]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea R. Wolfson, and Thomas J. Coleman, Judges; L.T. Case Nos. 062018CF005865A88810 and 062019CF014651A88810.

Daniel Eisinger, Public Defender, and Robert Gerald Porter, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Lindsay Ayn Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***